[817 NYS2d 554]

In the Matter of Sharone T., Respondent. Rochester Psychiatric Center, Appellant. (Appeal No. 2.)

Fourth Department, July 7, 2006

## APPEARANCES OF COUNSEL

*Eliot Spitzer, Attorney General*, Albany (*Julie S. Mereson* of counsel), for appellant.

*Emmett J. Creahan, Director, Mental Hygiene Legal Service*, Rochester (*Dana M. Ragsdale* of counsel), for respondent.

## OPINION OF THE COURT

PINE, J.

Same opinion by PINE, J., as in *Matter of Sharone T.* (*Rochester Psychiatric Ctr.*) (33 AD3d 87 [2006]).

GORSKI, J.P., MARTOCHE, GREEN and HAYES, JJ., concur.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.